BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
DEC 17 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT ANTHONY ORTON, <br><br> Defendant. | CASE NO. 2:15-CR-0233 JAM <br><br> 18 U.S.C. § 875(c) – Interstate Threats; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

INDICTMENT

COUNT ONE: [18 U.S.C. § 875(c) – Interstate Threats]

The Grand Jury charges: T H A T

SCOTT ANTHONY ORTON,

defendant herein, between on or about July 16, 2015, and on or about July 17, 2015, did knowingly and willfully transmit in interstate and foreign commerce from Pierce County, State of Washington, to El Dorado County, State and Eastern District of California, and elsewhere, a communication via the website nation.foxnews.com to Victim 1, and the communication contained a threat to kidnap and injure Victim 1, stating the following:

| Date (GMT) | Statement[1] |
|---|---|
| July 16, 2015; 16:21 | The management of StemExpress should be taken by force and killed in the streets today. |
| July 16, 2015; 16:21 | Kill StemExpress employees. I'll pay you for it. |
| July 16, 2015; 16:22 | Stop the death of innocents. Kill the killers. |
| July 16, 2015; 16:22 | StemExpress your lives don't matter nearly as much as your deaths do. |
| July 16, 2015; 16:23 | Innocent lives matter. StemExpress employees' lives don't. |
| July 16, 2015; 16:58 | The [officer] of StemExpress is a death-profiteer. The [officer] of StemExpress should be hung by the neck using piano wire and propped up on the lawn in front of the building with a note attached... |
| July 16, 2015; 17:00 | [Victim 1 officer] StemExpress Inc. lives in Placerville CA. I'm going there. |
| July 16, 2015; 17:01 | I'll pay ten grand to whomever beats me to [Victim 1]... |
| July 16, 2015; 17:01 | [Victim 1 officer] StemExpress Inc. must die to save the innocents. |
| July 16, 2015; 17:02 | [Victim 1] your life isn't worth squat. |
| July 16, 2015; 17:04 | [Victim 1's] life is in more danger than Trumps. I'm here. El Chapo is in Mexico. |
| July 16, 2015; 17:05 | [Victim 1] must die. End of story. If we as humanity accept her actions we're to be judged in the harshest manner possible. |
| July 16, 2015; 17:11 | I'll take care of [Victim 1] myself. |
| July 16, 2015; 17:11 | I'm going to Placerville this weekend. |
| July 16, 2015; 17:16 | [Victim 1] will have to face the souls of the babies she's bought and sold when she arrives on the other side. I'm sending her there early. |
| July 16, 2015; 17:18 | StemExpress employees you're on notice. You need to pay for what you've done. |
| July 16, 2015; 17:18 | Everyone at StemExpress should be executed on live TV. |
| July 16, 2015; 20:08 | Someone needs to double tap the [officer] of StemExpress. She lives in Placerville CA. |
| July 16, 2015; 20:20 | I think I'll take a little trip to Placerville this weekend. I hear there's some good hunting down Placerville way... |
| July 17, 2015; 14:05 | [Victim 1 officer] of StemExpress should be executed by hanging. |

in violation of Title 18, United States Code, Section 875(c).

FORFEITURE ALLEGATION:      [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1.      Upon conviction of the offense alleged in Count One of this Indictment, defendant

---

[1] The victim's name and position at StemExpress have been replaced with the terms "Victim 1" and "officer."

SCOTT ANTHONY ORTON shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violation, including, but not limited to:

    a. A sum of money equal to the amount of proceeds traceable to such offense, for which defendant is convicted.

  2. If any property subject to forfeiture, as a result of the offense alleged in Count One of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

FOREPERSON

*[signature]*
BENJAMIN B. WAGNER
United States Attorney

INDICTMENT     3

No. _____

2:15 - CR - 0 2 3 3 JAM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

SCOTT ANTHONY ORTON

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 875(c) – Interstate Threats;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

Filed in open court this ___17___ day

of ___DECEMBER___, A.D. 20 _15_

_____
*Clerk.*

Bail, $ _____

**NO PROCESS NECESSARY**

_____
Honorable Allison Claire
U.S. Magistrate Judge

GPO 863 525

United States v. Scott Anthony Orton
Penalties for Indictment

**Defendant**
SCOTT ANTHONY ORTON

2:15 - CR - 0233 JAM

## COUNT 1:

VIOLATION:      18 U.S.C. § 875(c) – Interstate Threats

PENALTIES:      Maximum of 5 years in prison; or
                Fine of up to $250,000; or both fine and imprisonment
                Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)