

DEC 3 0 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ak DEPUTY CLERK

# AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Scott Anthony Orton
No.: 2:15-CR-0233 JAM
Date:December 30, 2015

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You shall report in person to the Pretrial Services Agency today following your release from custody;
3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
4. You shall cooperate in the collection of a DNA sample;
5. ***Your travel is restricted to the Western District of Washington unless otherwise approved in advance by the pretrial services officer***;
6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;
7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
8. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
9. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;
10. You shall not associate or have any contact with any alleged victims or witnesses;
11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;
12. You are authorized to have one pre-approved computer and one pre-approved iPhone in your residence. You may access the internet only for work purposes as approved by your pretrial services officer. You may access the internet only using one authorized computer and one authorized iPhone as pre-approved by pretrial services. You may not use any computer, device, or telephone, to access the internet, other than the devices described in this condition; and
13. You shall participate in a computer restriction and monitoring program as directed by the pretrial services officer. You shall allow the pretrial services officer to install monitoring software to the one authorized computer and one authorized iPhone, as approved by the Court. You shall not remove, tamper with or in any way circumvent this software, and you are responsible to pay all or part of the costs of the monitoring software based on your ability to pay as determined by your pretrial services officer. You may use this computer and iPhone only for work-related purposes, as approved by your pretrial services officer.