Case 2:15-cr-00233-JAM   Document 15   Filed 12/30/15   Page 1 of 2




2:15-cr-233 JAM

FILED
DEC 30 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

Impact Statement Orton vs. US: December 29th 2015

I am here today to speak on behalf of myself and the company that I founded, StemExpress. I'm here for my employees, our families, and the research and patient community as a whole.

StemExpress is proud to play an important role in accelerating the prevention and cure of diseases like Cancer, diabetes, Alzheimer's and many others. We support the world's greatest research institutions by providing them reliable, human-derived blood, tissue and cells to conduct their studies. Patients with diseases that are searching for a cure come to our facilities to donate blood and bone marrow to find better solutions to the diseases that they or a family member live with everyday.

I founded StemExpress in 2010 after spending years of my life watching patients die of tragic and devastating illness. My passion to save lives is something that is insuppressible. My company's mission and dedication is a direct result of that passion. StemExpress has employees that range in age from 18 to 70 years of age. High school and college students intern with us from schools around the United States. Staff work all hours of the day and night. We work tirelessly because what we do at StemExpress save lives **everyday**. We save the lives of patients that don't know it yet, but soon will be diagnosed with cancer from an early detection screening test that we helped support. Women who use to fear miscarriage due to amniocentesis can now take a simple non-invasive blood test to determine the health of their baby. The biological products from StemExpress helped with the research that created those tests and many others.

Before July of 2015, our staff never feared for their safety, they didn't receive death threats, and they didn't have armed guards escort them to their cars each night. My staff and their children were never targeted on social media and websites that talked about killing them, and they didn't have people trying to photograph them with long lenses cameras late at night through our buildings windows or their homes. That all changed and much more in July when Scott Anthony Orton began planning, promoting, instigating and offering to pay for me and my employees to be murdered. He described how to murder us, where to murder us and offered to pay others to murder us because in his words "our deaths are worth more than our lives."

Directly as a result of Mr. Orton's death threats to me and my employees, multiple security, tactical, and law enforcement teams suddenly began walking our hallways and homes carrying guns and training our staff on how to deal with attackers and active shooter situations on site. Police and our security team members chased cars that were following our families. Staff members have taken time off work due to stress and emotional unrest. Bomb surveillance protocols have been established and our building has been put on permanent lock down. The expense for these services has been astronomical.

I began to have full time armed security protect our office, me personally, and my

family. My security team, which is made up ex-military, observed numerous occasions where cars would surveil my house, people using long lens cameras – sometimes climbing trees on neighboring properties. I will never forget the times they told me and my family to not exit the house because they believed someone had breached our property or when the morning surveillance of our fence lines turned up a pile of cigarette butts behind a bush on a fence line near my master bedroom.

Scott Orton not only encouraged people to come after us, he offered to pay them to do it and dismissed rational people online telling him he had gone to far. His anger and hate has caused permanent trauma to me, my staff, our families and students that intern at StemExpress. We all breathed a great sigh of relief at StemExpress when I announced to our staff that Scott Orton had been arrested and was off the streets. I know everyone at StemExpress staff slept better that night and felt a sense of relief that they could breath easier. We knew that the press would likely report his arrest and we felt confident this would create a general deterrence to stop those that had listened to him and those who he inspired to do the same thing. Unfortunately the relief that came through that arrest was short lived, as he was released on an unsecured bond.

But more importantly, when the media reported that the man behind these death threats had been released, my staff immediately began to question their safety and that of their families again. I will not run through the list of violent acts around the country that have occurred over the last five to six months, but the murderers behind those acts were very similar to Scott Orton. And the results were devastating, with the deaths of innocent people who were visiting a clinic for routine health testing. Any company deals with comments in the press, good and bad; however, explicit death threats by strangulation with piano wire posted on national media during a time that mass murders are <u>actually occurring</u> has to be addressed. Mr. Orton's personal history of promoting violence is of tremendous concern to me personally, is my central concern in the well-being of my dedicated employees, and, your Honor, I hope is alarming to the court.

It is my hope that you will find that releasing Mr. Orton will pose too great a specific threat to my safety and to the safety of other innocent citizens that work at StemExpress. And, I also hope you will detain Mr. Orton to demonstrate to others that this type of behavior is against the law and has serious consequences that justify imprisonment while awaiting trial. To allow Mr. Orton to roam free for months before his trial while his victims continue to live in fear on a daily basis would be a grave injustice.

Thank you, Your Honor, for allowing me the opportunity to provide this statement to the Court this morning. If you have any questions, I am happy to answer those now.