HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
SEAN RIORDAN, Bar # 255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
sean_riordan@fd.org

Attorney for Defendant
Scott Anthony Orton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:15-CR-000233 JAM |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285 |
| vs. | ) | |
| SCOTT ANTHONY ORTON, | ) | |
| Defendant. | ) | |

Defendant, Scott Anthony Orton, through Heather E. Williams, Federal Defender, by Sean Riordan, Assistant Federal Defender, pursuant to 18 U.S.C. § 4285, requests this Court to order the United States Marshal to arrange reimbursement for Defendant's means of transportation and subsistence from Sacramento, California to his home in Puyallup, Washington.  Mr. Orton appeared in court for his initial appearance scheduled for December 29, 2015, and was ordered to appear in court again for a detention hearing on December 30, 2015. Mr. Orton incurred the costs of an overnight stay in order to appear in court on December 30, 2015 and made his own travel arrangements for his return home to Puyallup, Washington.

In addition, Defendant requests this Court order the United States Marshal to furnish Defendant with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. §5702(a).   The defendant is indigent and has qualified for court-appointed counsel.   Defendant has been

released, pursuant to the "Bail Reform Act of 1984" on special conditions of release proposed by Pretrial Service Officer in this Eastern District of California.

Dated: January 4, 2016               Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Sean Riordan*
                                     SEAN RIORDAN
                                     Assistant Federal Defender

HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
SEAN RIORDAN, Bar # 255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
sean_riordan@fd.org

Attorney for Defendant
Scott Anthony Orton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:15-CR-000233 JAM |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285 |
| vs. | ) | |
| SCOTT ANTHONY ORTON, | ) | |
| Defendant. | ) | |

TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, SCOTT ANTHONY ORTON, with reimbursement for his transportation and subsistence expenses for travel from the Eastern District of California, Sacramento, California to his place of residence in Puyallup, Washington.  The United States Marshal must furnish Mr. Orton with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated:  January 4, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

*Order for Transportation and Subsistence*