BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ANTHONY ORTON,<br><br>Defendant. | CASE NO. 2:15-CR-00233 JAM<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: February 9, 2016<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Scott Anthony Orton, by and through counsel Summer McKeivier, hereby agree and stipulate as follows:

1. On December 29, 2015, the defendant was arraigned and the case was set for a status conference before this Court on February 9, 2016. ECF No. 11. At the defendant's arraignment, the government produced 260 pages of discovery consisting of documents and an audio recording. The government recently produced approximately 200 pages of supplemental document discovery, in addition to voluminous Excel spreadsheets.

2. On January 7, 2016, the Court entered an order relieving defendant's original counsel, and substituting Ms. McKeivier as counsel of record. ECF No. 19. Defense counsel seeks time to review the above-referenced discovery materials, and to continue to conduct her own investigation.

3. Counsel for the government and defendant have conferred and respectfully request that

STIPULATION AND [PROPOSED] ORDER

1

1  the Court vacate the February 9, 2016, status conference, and set the case for a hearing on April 19,
2  2016, at 9:15 a.m., which will either be a change of plea hearing or a status conference during which the
3  parties will set a trial date.  The parties agree that the interests of justice served by continuing the case to
4  April 19, 2016, and excluding the intervening time under the Speedy Trial Act, outweighs the best
5  interest of the public and the defendant in a speedy trial.  The parties request that the Court order time
6  excluded through April 19, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(vi), and Local Code T-
7  4, to allow defense counsel to investigate and prepare for trial.

Dated:  February 3, 2016                                             BENJAMIN B. WAGNER
                                                                                          United States Attorney

                                                                              By:   /s/ BRIAN A. FOGERTY
                                                                                          BRIAN A. FOGERTY
                                                                                          Assistant United States Attorney

Dated:  February 3, 2016                                              /s/ SUMMER McKEIVIER
                                                                                          SUMMER McKEIVIER
                                                                                          Counsel for Defendant
                                                                                          Scott Anthony Orton

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  It specifically finds that the failure to grant a continuance and exclude the time between February 9, 2016, and April 19, 2016, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial.  Time from February 9, 2016, to and including April 19, 2016, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: 2/3/2016

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge