**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:15-CR-0233-JAM |
| | ) |
| Plaintiff, | ) **ORDER ON MOTION TO CONTINUE** |
| | ) **SENTENCING HEARING** |
| vs. | ) |
| | ) |
| SCOTT ANTHONY ORTON | ) |
| | ) |
| Defendant. | ) |

The Court has having read and considered the MOTION TO CONTINUE

SENTENCING HEARING hereby GRANTS the motion.

The sentencing hearing in the above entitled matter is hereby continued to August 23,

2016 at 9:15am.

.

DATE: 6/14/2016                                  /s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

1

**MOTION TO CONTINUE SENTENCING HEARING**