**FILED**

OCT 0 4 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT ANTHONY ORTON,<br><br>　　　　Defendant. | No.　2:15-cr-00233-JAM<br><br>**ORDER FOR VOLUNTARY SURRENDER** |

    Defendant Scott Anthony Orton ("Defendant"), having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Tacoma, Washington no later than 2:00 p.m. on December 6, 2016. Defendant is further advised that it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence on the date indicated by this Order. All conditions of pretrial release shall remain in effect until Defendant surrenders in accordance with this Order. The Court retains jurisdiction over this matter, and will only change the date or time of voluntary surrender upon motion of either the defendant or the government and a showing of good cause.

1

1 |       The Clerk is directed to serve the U.S. Marshals Service a
2 | copy of this Order.
3 |       IT IS SO ORDERED.
4 | Dated: October 4, 2016

_____
John A. Mendez,
United States District Judge

2