PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-233 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING RESTITUTION |
| v. | DATE: January 17, 2017 |
| SCOTT ANTHONY ORTON, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

A restitution hearing is currently set in this case for January 17, 2017, at 9:15 a.m. The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and Scott Anthony Orton, by and through his counsel Summer McKeivier, together respectfully request that the Court vacate that hearing and enter an order that defendant Scott Anthony Orton pay restitution in the amount of $154,951.06 for the following reasons:

Since the sentencing hearing on October 4, 2016, the parties have met and conferred regarding the proper restitution amount in this case. Pursuant to those discussions and the parties' plea agreement, which memorializes the defendant's obligation to pay restitution under 18 U.S.C. § 3663A(c)(1)(A)(i), the parties hereby stipulate and agree that defendant Scott Anthony Orton is liable for restitution in the amount of $154,951.06.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern

District of California.  The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding.  Pursuant to 18 U.S.C. § 3664(k), the defendant also understands that he must notify the Court and the Attorney General of any material change in his economic circumstances that might affect the defendant's ability to pay restitution.

        IT IS SO STIPULATED.

Dated:  January 12, 2017               PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ BRIAN A. FOGERTY
                                       BRIAN A. FOGERTY
                                       Assistant United States Attorney


Dated:  January 12, 2017               /s/ SUMMER McKEIVIER
                                       SUMMER McKEIVIER
                                       Counsel for Defendant
                                       SCOTT ANTHONY ORTON


## ORDER

The Court has reviewed the Stipulation of the parties for an order holding Scott Anthony Orton liable for restitution in the amount of $154,951.06.  Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. § 3663A, as memorialized in the parties' plea agreement, the Court finds good cause to enter an order holding defendant Scott Anthony Orton liable for restitution in the amount of $154,951.06.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.  The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding.  Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in his economic circumstances that might affect the defendant's ability to pay restitution.

The restitution hearing set for January 17, 2017, at 9:15 a.m. in the above-captioned matter is hereby vacated.

SO ORDERED.

Dated: 1/12/2017

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE