| PROB 22 (ED/CA)<br>(Rev. 2/88) | | DOCKET NUMBER *(TRAN. COURT)*<br>0972 2:15CR00233-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(REC. COURT)*<br>3:19-cr-05005-BHS |

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | | DISTRICT<br>E-CA | DIVISION<br>Sacramento |
|---|---|---|---|
| Scott Anthony Orton | **FILED**<br>Jan 23, 2019<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | NAME OF SENTENCING JUDGE<br>United States District Judge John A. Mendez | |
| | | DATES OF<br>☐ PROBATION<br>☒ SUPERVISED RELEASE | FROM<br>10/18/2017 | TO<br>10/17/2020 |

| OFFENSE |
|---|
| 18 USC 875(c) - Interstate Threats (CLASS D FELONY) |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____1/9/2019_____                    _____/s/ John A. Mendez_____
        Date                                        United States District Judge

**RESTITUTION:**  If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

_____16 January 2019_____                    _____[signature]_____
        Effective Date                                United States District Judge

CC:   United States Attorney
      FLU Unit - United States Attorney's Office
      Fiscal Clerk - Clerk's Office